UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) BRITTANY RIGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-CV-00663-JED-FHM |
| | ) | |
| (1) APEX REMINGTON, INC., d/b/a | ) | |
| APEX REMINGTON PIPE & SUPPLY | ) | |
| CO., | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

TO:   PLAINTIFF BRITTANY RIGO AND
      HER ATTORNEYS OF RECORD

Pursuant to 28 U.S.C. §§ 1441(a), (c) and 1446, and LCvR 81.2, Defendant, Apex Remington, Inc., d/b/a Apex Remington Pipe & Supply Co. ("Apex"), hereby files with this Court its Notice of Removal from the District Court of Tulsa County, State of Oklahoma, Case No. CJ-2014-03882, which is styled *Brittany Rigo, Plaintiff, v. Apex Remington, Inc., d/b/a Apex Remington Pipe & Supply Co., Defendant.*

The following statements are submitted pursuant to 28 U.S.C. § 1446:

1. Pursuant to LCvR 81.2 of the United States District Court for the Northern District of Oklahoma, copies of all matters filed of record in the state court proceeding or served upon Apex are attached hereto along with a copy of the docket sheet, and all such matters include the following:

   a. Summons issued to Apex; and

   b. Plaintiff's Petition.

2. Plaintiff alleges causes of action for gender discrimination and retaliation pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* *See* Petition, ¶¶ 17-21.

3. This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331.

WHEREFORE, Defendant, Apex Remington, Inc., d/b/a Apex Remington Pipe & Supply Co., prays that the above action now pending against it in the District Court of Tulsa County, State of Oklahoma, be removed to this Court.

        Respectfully submitted,

        **NEWTON, O'CONNOR, TURNER & KETCHUM**
        **A PROFESSIONAL CORPORATION**

        By: */s/ J. Daniel Morgan*
           J. Daniel Morgan, OBA #10550
           Paige E. Hoster, OBA #31595
           15 West 6th Street, Suite 2700
           Tulsa, Oklahoma 74119
           (918) 587-0101
           (918) 587-0102 (facsimile)

           dmorgan@newtonoconnor.com
           phoster@newtonoconnor.com

        **ATTORNEYS FOR DEFENDANT,**
        **APEX REMINGTON, INC., d/b/a**
        **APEX REMINGTON PIPE & SUPPLY CO.**


**CERTIFICATE OF SERVICE**

I hereby certify that on <u>November 3, 2014</u>, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Name(s) Only:

Daniel E. Smolen, Esq.
**danielsmolen@ssrok.com**

Lauren G. Lambright, Esq.
**laurenlambright@ssrok.com**

I hereby certify that on _____ (Date), I served the same document by:

☐ U.S. Postal Service    ☐ In-Person Delivery    ☐ Courier Service    ☐ Email

on the following, who are not registered participants of the ECF System:

Name(s) and Address(es):

_/s/ J. Daniel Morgan_____
J. Daniel Morgan