

| Home | Courts | Court Dockets | Legal Research | Calendar | Help |

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| BRITTANY RIGO,<br>    Plaintiff,<br>v.<br>APEX REMINTON INC  DBA APEX REMINGTON PIPE & SUPPLY CO,<br>    Defendant. | No. CJ-2014-3882<br> (Civil relief more than $10,000: WRONGFUL TERMINATION)<br><br>Filed: 10/13/2014<br><br>Judge: Cantrell, Daman H. |

## Parties

APEX REMINTON INC ,
 Defendant
RIGO, BRITTANY N , Plaintiff

## Attorneys

**Attorney**
SMOLEN, DANIEL E(Bar # 19943)
701 S. CINCINNATI
TULSA, OK 74119

**Represented Parties**
RIGO, BRITTANY N

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: WRONGFUL TERMINATION (TERMINATE)
Filed by: RIGO, BRITTANY N
Filed Date: 10/13/2014

**Party Name:**                                **Disposition Information:**

**Defendant:** APEX REMINTON INC               Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 10-13-2014 | TEXT | 1 | | 91609477 | Oct 13 2014 3:54:20:200PM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| 10-13-2014 | TERMINATE | - | | 91609479 | Oct 13 2014 3:54:20:330PM | Realized | $ 0.00 |
| | WRONGFUL TERMINATION | | | | | | |

| Date | Code | | Receipt # | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| 10-13-2014 | DMFE<br>DISPUTE MEDIATION FEE($ 2.00) | - | 91609480 | Oct 13 2014 3:54:20:430PM | Realized | $ 2.00 |
| 10-13-2014 | PFE1<br>PETITION($ 163.00)<br>📄 Document Available (#1027189852) | - | 91609481 | Oct 13 2014 4:10:12:180PM | Realized | $ 163.00 |
| 10-13-2014 | PFE7<br>LAW LIBRARY FEE($ 6.00) | - | 91609482 | Oct 13 2014 3:54:20:430PM | Realized | $ 6.00 |
| 10-13-2014 | OCISR<br>OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | - | 91609483 | Oct 13 2014 3:54:20:430PM | Realized | $ 25.00 |
| 10-13-2014 | CCADMIN02<br>COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20) | - | 91609484 | Oct 13 2014 3:54:20:430PM | Realized | $ 0.20 |
| 10-13-2014 | OCJC<br>OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00) | - | 91609485 | Oct 13 2014 3:54:20:430PM | Realized | $ 2.00 |
| 10-13-2014 | OCASA<br>OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) | - | 91609486 | Oct 13 2014 3:54:20:430PM | Realized | $ 5.00 |
| 10-13-2014 | CCADMIN04<br>COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) | - | 91609487 | Oct 13 2014 3:54:20:430PM | Realized | $ 0.50 |
| 10-13-2014 | LTF<br>LENGTHY TRIAL FUND($ 10.00) | - | 91609488 | Oct 13 2014 3:54:20:570PM | Realized | $ 10.00 |
| 10-13-2014 | SMF<br>SUMMONS FEE (CLERKS FEE)($ 5.00) | - | 91609489 | Oct 13 2014 3:54:20:630PM | Realized | $ 5.00 |
| 10-13-2014 | SMIMA<br>SUMMONS ISSUED - MAILED BY ATTORNEY | - | 91609490 | Oct 13 2014 3:54:20:660PM | Realized | $ 0.00 |
| 10-13-2014 | TEXT<br>OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CANTRELL, DAMAN H. TO THIS CASE. | - | 91609478 | Oct 13 2014 3:54:20:270PM | - | $ 0.00 |
| 10-13-2014 | ACCOUNT<br>RECEIPT # 2014-2950877 ON 10/13/2014.<br>PAYOR:SMOLEN SMOLEN & ROYTMEN TOTAL AMOUNT PAID: $218.70.<br>LINE ITEMS:<br>CJ-2014-3882: $168.00 ON AC01 CLERK FEES.<br>CJ-2014-3882: $6.00 ON AC23 LAW LIBRARY FEE.<br>CJ-2014-3882: $0.70 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2014-3882: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2014-3882: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2014-3882: $2.00 ON AC64 DISPUTE MEDIATION FEES.<br>CJ-2014-3882: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2014-3882: $10.00 ON AC81 LENGTHY TRIAL FUND. | - | 91609538 | Oct 13 2014 3:56:09:940PM | - | $ 0.00 |

OCIS Case Summary for CJ-2014-3882- RIGO, BRITTANY N v. APEX REMINTON INC (Tulsa County District Court)
Case 4:14-cv-00663-jed-fhm   Document 2-1 Filed in USDC ND/OK on 11/03/14   Page 3 of 3
Report Generated by The Oklahoma Court Information System at November 3, 2014 11:30 AM

End of Transmission.