# IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

BRITTANY N. RIGO, an individual )
)
        Plaintiff, )
) **CJ-2014-03882**
) CASE NO.
vs. )
)
APEX REMINGTON, INC, a Foreign For ) ATTORNEY LIEN CLAIMED
for profit business corporation, d/b/a )
APEX REMINGTON PIPE & SUPPLY )
CO., )
)
        Defendant. )
)

## ORIGINAL SUMMONS

**SERVE BY U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

APEX REMINGTON, INC.
c/o Craig Hoster
Crowe & Dunlevy
321 S. Boston Ave., Ste. 500
Tulsa, OK 74103

To the above-named Defendant(s)

You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated judgment will be rendered against you with costs of the action.

      Issued this __13__ day of __10_____, 2014

                              Tulsa County Court Clerk

                          By _____
                               Deputy Court Clerk

(Seal)

      This summons and order was served on _____.

                              _____
                              (Signature of person serving summons)

      YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE