# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRITTANY RIGO, an individual )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>APEX REMINGTON, INC., a Foreign For )<br>Profit Business Corporation, d/b/a )<br>APEX REMINGTON PIPE & SUPPLY )<br>CO., )<br>)<br>Defendant. ) | Case No. 14-CV-663-JED-FHM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, Brittany Rigo and Apex Remington, Inc., pursuant to Fed. R. Civ. P. 41(a)(1) do hereby stipulate to the dismissal of the above-styled action, and all claims asserted therein, with prejudice to the re-filing thereof. The parties stipulate and agree that each party is to bear their respective attorneys' fees and costs.

Dated this 20th day of December 2017.

Respectfully Submitted,

/s/ Daniel E. Smolen
Daniel E. Smolen, OBA# 19943
Lauren Lambright, OBA# 22300
Smolen, Smolen & Roytman, PLLC
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
P: (918) 585-2667
F: (918) 585-2669

*Attorney for Plaintiff, Brittany Rigo*

And

*/s/ J. Daniel Morgan*
J. Daniel Morgan, OBA #10550
Newton, O'Connor, Turner & Ketchum, P.C.
15 West 6th Street, Suite 2700
Tulsa, Oklahoma 74119
(918) 587-0101
(918) 587-0102 (facsimile)
dmorgan@newtonoconnor.com
Attorneys for Defendant